FILED
2011 Mar-23 AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **KENNETH WAYNE JAMAR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | **5:08-cv-01145-AKK** |
| **UNITED STATES OF AMERICA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

The court having been informed that plaintiff Kenneth Wayne Jamar and defendants City of Huntsville and City of Huntsville police officers Larry Shields, Scott Widner, Rodney Baker, Robert DeNoon, and Matthew Montague (collectively "City of Huntsville defendants") have "agreed tentatively to the terms of a settlement," doc. 314, it is ORDERED that plaintiff's claims against the City of Huntsville defendants are DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that the City of Huntsville defendants' pending motions, docs. 286, 293, and 311, are denied without prejudice to refile in the event that the settlement cannot be consummated.

It is further ORDERED that this court retains jurisdiction over the parties for the purpose of enforcing the parties' settlement agreement.

It is further ORDERED that the parties shall submit a formal stipulation of dismissal within sixty (60) days of the entry of this order.

**DONE** and **ORDERED** this 23rd day of March, 2011.

                                           **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE