FILED
2011 Mar-23 AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **KENNETH WAYNE JAMAR,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action Number **5:08-cv-01145-AKK** |
| **UNITED STATES OF AMERICA, et al.,** | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

The court having been informed that plaintiff Kenneth Wayne Jamar and defendants the United States of America and Francis "Rocky" Harnen have amicably settled, it is ORDERED that plaintiff's claims against the United States of America and Francis "Rocky" Harnen are DISMISSED WITH PREJUDICE. Costs taxed as paid. Accordingly, these parties' pending motions that relate to each other, docs. 214, 219, 220, 240, 245, 268, 278, 291, and 295, are moot.

**DONE** and **ORDERED** this 23rd day of March, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE