FILED
2011 Oct-18 PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

KENNETH WAYNE JAMAR, )
)
Plaintiff, )
)
v. ) CA NO. 5:08-cv-01145-CLS
)
UNITED STATES of )
AMERICA, et al., )
)
Defendants. )

STIPULATION FOR DISMISSAL

Plaintiff Kenneth Wayne Jamar, through his counsel of record, and Defendants City of Huntsville, Alabama, Captain Rodney Baker, Officer Larry Shields, Officer Scott Widner, Officer Mathew Montague, and Officer Robert DeNoon, through their respective counsel of record, hereby stipulate and agree, pursuant to Rule 41, Federal Rules of Civil Procedure, that this action may be dismissed with prejudice as to said defendants, with each party to bear their own costs.

Rip Andrews
Attorney for Plaintiff Kenneth Wayne Jamar

**MARSH, RICKARD & BRYAN, P.C.**
800 Shades Creek Parkway, Suite 600-D
Birmingham, AL 35209
(205) 879-1981
(205) 879-1986 (Fax)
ripandrews@mrblaw.com

George W. Royer, Jr.
Attorney for City of Huntsville, Alabama

LANIER, FORD, SHAVER & PAYNE, P.C.
2101 West Clinton Avenue, Suite 102
Huntsville, Alabama 35801
Telephone Number: (256) 535-1100
Facsimile Number: (256) 533-9322
Email: gwr@lfsp.com

C. Gregory Burgess

Attorneys for Defendants Captain Rodney Baker, Officer Larry Shields, Officer Scott Widner, Officer Mathew Montague, and Officer Robert DeNoon

**FEES & BURGESS, P.C.**
213 Green Street
Huntsville, Alabama 35801
Telephone Number: (256) 536-0095
Facsimile Number: (256) 536-4440
Email: gburgess@feesburgess.com